AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of                                             **UNDER SEAL**
(Name, address or brief description of person, property, or premises to be searched)

**STORAGE FACILITY TO THE REAR OF 1345 4TH STREET, NE WASHINGTON, DC 20002**

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I ___Lavinia A. Quigley___ being duly sworn depose and say:

I am a(n) ___Detective with the Metropolitan Police Department (MPD)___ and have reason to believe
            (Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)

A Storage Facility to the Rear of 1345 4th Street, NE, Washington, DC 20002, including any locked or padlocked rooms within. (as further described in "Attachment A")

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched) (as further described in "Attachment B")

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure) evidence and instrumentalities.

concerning a violation of Title __18__ United States Code, Section(s) § 371 and 18 United States Code, Section(s) § 2320. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES   ☐ NO

John Carlin
Fraud and Public Corruption                                      Signature of Affiant
(202) 353-2457                                                   Lavinia A. Quigley, Detective
                                                                 Metropolitan Police Department

Sworn to before me, and subscribed in my presence

                                                                 at Washington, D.C.

_____
Date

_____                                  _____
Name and Title of Judicial Officer                               Signature of Judicial Officer