AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**UNDER SEAL**

**STORAGE FACILITY TO THE REAR OF 1345 4TH STREET, NE WASHINGTON, DC 20002**

**SEARCH WARRANT**

CASE NUMBER: 05 - 0585 M - 01

FILED
NOV 15 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: _____Lavinia A. Quigley_____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Detective with the Metropolitan Police Department (MPD)_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

A Storage Facility to the Rear of 1345 4th Street, NE, Washington, D.C. 20002, including any locked or padlocked rooms within, (as further described in "Attachment A")

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property) (as further described in "Attachment B")

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___14 NOV 2005___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

NOV 08 2005  /s/
_____    at Washington, D.C.
Date and Time Issued
ALAN KAY
U.S. MAGISTRATE JUDGE
_____    _____
Name and Title of Judicial Officer    Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11/8/2005 | 11/10/2005  5:50 pm | NO ONE PRESENT LEFT ON PREMISES |

INVENTORY MADE IN THE PRESENCE OF   SA JOHN NAGASHIMA

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED LISTING

FILED
NOV 1 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_   11-15-05
U.S. Judge or U.S. Magistrate Judge   Date

# U.S. DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### *** Evidence Recovery Log ***

295C-WF-225310-T40

**DATE RECOVERED:** Thursday, November 10, 2005, by Team # 2

**(SITE) LOCATION** ( 2 ) Storage Bin located behind 1345 4th Street, NE, Washington, DC

**PERSONNEL:**

ANDREW FEGGANS (AF)

ANH PHAM (AP)

ANGELA SERCER (AS)

| ITEM# | DESCRIPTION | WHERE FOUND | RECV. BY | PHOTO | D/I | PACKAGING METHOD | MISCELLANEOUS COMMENTS | LOGGED BY |
|---|---|---|---|---|---|---|---|---|
| 1 | 11 LOUIS VUITTON PURSES | STORAGE BIN 2 | AP | | 1 | Box | | AS |
| 2 | 4 LOUIS VUITTON SHOES | STORAGE BIN 2 | AP | | 1 | Box | | AS |
| 3 | 44 LOUIS VUITTON PURSES | STORAGE BIN 2 | AP | | 1 | Box | | AS |
| 4 | 11 LOUIS VUITTON PURSES | STORAGE BIN 2 | AP | | 1 | Box | | AS |
| 5 | 29 LOUIS VUITTON PURSES | STORAGE BIN 2 | AP | | 1 | Box | | AS |
| 6 | 30 LOUIS VUITTON PURSES | STORAGE BIN 2 | AP | | 1 | Box | | AS |
| 7 | 5 PRADA BAGS | STORAGE BIN 2 | AP | | 1 | Box | | AS |
| 8 | 46 LOUIS VUITTON PURSES | | AP | | 1 | Box | | AS |
| 9 | 20 LOUIS VUITTON PURSES | | AP | | 1 | Box | | AS |
| 10 | 11 COACH BAGS | | AP | | 1 | Box | | AS |
| 11 | 11 LOUIS VUITTON BAGS | | AP | | 1 | Box | | AS |
| 12 | 7 LOUIS VUITTON BAGS | | AP | | 1 | Box | | AS |
| 13 | 50 LOUIS VUITTON PURSES | | AP | | 1 | Box | | AS |
| 14 | 7 LOUIS VUITTON PURSES | | AP | | 1 | Box | | AS |
| 15 | 10 LOUIS VUITTON PURSES | | AP | | 1 | Box | | AS |

| ITEM# | DESCRIPTION | WHERE FOUND | RECV. BY | PHOTO | D/I | PACKAGING METHOD | MISCELLANEOUS COMMENTS | LOGGED BY |
|---|---|---|---|---|---|---|---|---|
| 16 | 10 LOUIS VUITTON | | AP | | 1 | Box | | AS |
| 17 | LOUIS VUITTON | | AP | | 1 | Box | | AS |
| 18 | 40 LOUIS VUITTON PURSES | | AP | | 1 | Box | | AS |
| 19 | 12 LOUIS VUITTON BAGS | | AP | | 1 | Box | | AS |
| 20 | 22 GUCCI BAGS | | AP | | 1 | Box | | AS |
| 21 | 31 LOUIS VUITTON BAGS | | AP | | 1 | Box | | AS |
| 22 | 28 LOUIS VUITTON HANDBAGS | | AP | | 1 | Box | | AS |
| 23 | 4 LOUIS VUITTON SUITCASES | | AP | | 1 | Box | | AS |
| 24 | 7 LOUIS VUITTON BAGS | | AP | | 1 | Box | | AS |
| 25 | 13 LOUIS VUITTON | | AP | | 1 | Box | | AS |
| 26 | 30 LOUIS VUITTON WALLETS | | AP | | 1 | Box | | AS |
| 27 | 8 LOUIS VUITTON PURSES | | AP | | 1 | Box | | AS |
| 28 | 36 GUCCI BELTS | | AP | | 1 | Box | | AS |
| 29 | 12 LOUIS VUITTON HANDBAGS | | AP | | 1 | Box | | AS |
| 30 | 38 LOUIS VUITTON BAGS | | AP | | 1 | Box | | AS |
| 31 | 26 LOUIS VUITTON BAGS | | AP | | 1 | Box | | AS |
| 32 | 20 PAIRS OF BURBERRY SHOES | | AP | | 1 | Box | | AS |
| 33 | 33 LOUIS VUITTON WALLETS | | AP | | 1 | Box | | AS |
| 34 | 13 IZOD HANDBAGS | | AP | | 1 | Box | | AS |
| 35 | BURBERRY BAGS | | AP | | 1 | Box | | AS |
| 36 | 47 LOUIS VUITTON PURSES | | AP | | 1 | Box | | AS |

| ITEM# | DESCRIPTION | WHERE FOUND | RECV. BY | PHOTO | D/I | PACKAGING METHOD | MISCELLANEOUS COMMENTS | LOGGED BY |
|---|---|---|---|---|---|---|---|---|
| 37 | 40 LOUIS VUITTON PURSES | | AP | | 1 | Box | | AS |
| 38 | 35 LOUIS VUITTON | | AP | | 1 | Box | | AS |
| 39 | 35 LOUIS VUITTON BAGS | | AP | | 1 | Box | | AS |
| 40 | 66 LOUIS VUITTON WALLETS | | AP | | 1 | Box | | AS |
| 41 | 11 LACOSTE SHIRTS | | AP | | 1 | Box | | AS |
| 42 | 9 LOUIS VUITTON BAGS | | AP | | 1 | Box | | AS |
| 43 | 8 CHANEL BAGS | | AP | | 1 | Box | | AS |
| 44 | 16 GUCCI BAGS | | AP | | 1 | Box | | AS |
| 45 | 12 LOUIS VUITTON HANDBAGS | | AP | | 1 | Box | | AS |
| 46 | 39 LOUIS VUITTON WALLETS | | AP | | 1 | Box | | AS |
| 47 | 9 COACH HANDBAGS | | AP | | 1 | Box | | AS |
| 48 | 10 LOUIS VUITTON PURSES | | AP | | 1 | Box | | AS |
| 49 | 47 COACH PURSES | | AP | | 1 | Box | | AS |
| 50 | 48 LOUIS VUITTON PURSES | | AP | | 1 | Box | | AS |
| 51 | 36 COACH BAGS | | AP | | 1 | Box | | AS |
| 52 | 17 GUCCI BAGS | | AP | | 1 | Box | | AS |
| 53 | 30 LOUIS VUITTON HANDBAGS | | AP | | 1 | Box | | AS |
| 54 | 28 LOUIS VUITTON HANDBAGS | | AP | | 1 | Box | | AS |
| 55 | 43 LOUIS VUITTON PURSES | | AP | | 1 | Box | | AS |
| 56 | 50 LOUIS VUITTON BAGS | | AP | | 1 | Box | | AS |
| 57 | 32 LOUIS VUITTON | | AP | | 1 | Box | | AS |

| ITEM# | DESCRIPTION | WHERE FOUND | RECV. BY | PHOTO | D/I | PACKAGING METHOD | MISCELLANEOUS COMMENTS | LOGGED BY |
|---|---|---|---|---|---|---|---|---|
| 58 | 9 LOUIS VUITTON BAGS | | AP | | 1 | Box | | AS |
| 59 | 90 LOUIS VUITTON BAGS | | AP | | 1 | Box | | AS |
| 60 | 44 LOUIS VUITTON BAGS | | AP | | 1 | Box | | AS |
| 61 | 40 LOUIS VUITTON BAGS | | AP | | 1 | Box | | AS |
| 62 | 52 COACH BAGS, 20 GUCCI BAGS | | AP | | 1 | Box | | AS |
| 63 | 35 GUCCI BAGS | | AP | | 1 | Box | | AS |
| 64 | 28 COACH PURSES | | AP | | 1 | Box | | AS |
| 65 | 100 LACOSTE SHIRTS | | AP | | 1 | Box | | AS |
| 66 | 36 GUCCI BAGS | | AP | | 1 | Box | | AS |
| 67 | 20 LOUIS VUITTON | | AP | | 1 | Box | | AS |
| 68 | 20 LOUIS VUITTON HANDBAGS | | AP | | 1 | Box | | AS |
| 69 | 17 LOUIS VUITTON HANDBAGS | | AP | | 1 | Box | | AS |
| 70 | 11 LOUIS VUITTON BAGS | | AP | | 1 | Box | | AS |
| 71 | 35 LOUIS VUITTON PURSES | | AP | | 1 | Box | | AS |
| 72 | 6 LOUIS VUITTON BAGS | | AP | | 1 | Box | | AS |
| 73 | 40 LOUIS VUITTON BAGS | | AP | | 1 | Box | | AS |
| 74 | 12 LOUIS VUITTON BAGS | | AP | | 1 | Box | | AS |
| 75 | 36 LV WALLETS | | AP | | 1 | Box | | AS |
| 76 | 30 LOUIS VUITTON BAGS | | AP | | 1 | Box | | AS |
| 77 | 47 COACH HANDBAGS | | AP | | 1 | Box | | AS |
| 78 | 139 LOUIS VUITTON BELTS | | AP | | 1 | Box | | AS |

| ITEM# | DESCRIPTION | WHERE FOUND | RECV. BY | PHOTO | D/I | PACKAGING METHOD | MISCELLANEOUS COMMENTS | LOGGED BY |
|---|---|---|---|---|---|---|---|---|
| 79 | 11 LOUIS VUITTON PURSES | | AP | | 1 | Box | | AS |
| 80 | 50 CHANEL BAGS | | AP | | 1 | Box | | AS |
| 81 | 30 LOUIS VUITTON HANDBAGS | | AP | | 1 | Box | | AS |
| 82 | 50 LOUIS VUITTON BAGS | | AP | | 1 | Box | | AS |
| 83 | 30 LOUIS VUITTON BAGS | | AP | | 1 | Box | | AS |
| 84 | 173 LOUIS VUITTON BELTS | | AP | | 1 | Box | | AS |
| 85 | 6 GUCCI BAGS | | AP | | 1 | Box | | AS |
| 86 | 10 GUCCI WALLETS, 2 COACH WALLETS | | AP | | 1 | Box | | AS |
| 87 | 10 BURBERRY PURSES | | AP | | 1 | Box | | AS |
| 88 | 33 COACH HANDBAGS | | AP | | 1 | Box | | AS |
| 89 | 30 LOUIS VUITTON PURSES | | AP | | 1 | Box | | AS |
| 90 | 43 LOUIS VUITTON HANDBAGS | | AP | | 1 | Box | | AS |
| 91 | 32 LOUIS VUITTON | | AP | | 1 | Box | | AS |
| 92 | 5 LOUIS VUITTON LUGGAGE BAGS | | AP | | 1 | Plastic Bag | | AS |
| 93 | 13 LOUIS VUITTON BAGS | | AP | | 1 | Box | | AS |
| 94 | 25 LOUIS VUITTON BAGS | | AP | | 1 | Box | | AS |
| 95 | 100 LOUIS VUITTON WALLETS | | AP | | 1 | Box | | AS |
| 96 | 17 LOUIS VUITTON BAGS | | AP | | 1 | Box | | AS |
| 97 | 32 LOUIS VUITTON HANDBAGS | | AP | | 1 | Box | | AS |
| 98 | 44 GUCCI BELTS | | AP | | 1 | Box | | AS |
| 99 | 110 LOUIS VUITTON WALLETS | | AP | | 1 | Box | | AS |

| ITEM# | DESCRIPTION | WHERE FOUND | RECV. BY | PHOTO | D/I | PACKAGING METHOD | MISCELLANEOUS COMMENTS | LOGGED BY |
|---|---|---|---|---|---|---|---|---|
| 100 | 14 GUCCI PURSES | | AP | | 1 | Box | | AS |
| 101 | 118 LACOSTE SHIRTS | | AP | | 1 | Box | | AS |
| 102 | 31 LOUIS VUITTON BAGS | | AP | | 1 | Box | | AS |
| 103 | 8 LOUIS VUITTON | | AP | | 1 | Box | | AS |
| 104 | 8 LOUIS VUITTON BAGS | | AP | | 1 | Box | | AS |
| 105 | 30 LOUIS VUITTON WALLETS | | AP | | 1 | Box | | AS |
| 106 | 10 PAIR OF LOUIS VUITTON SHOES | | AP | | 1 | Box | | AS |
| 107 | 6 GUCCI BAGS | | AP | | 1 | Box | | AS |
| 108 | 8 LOUIS VUITTON PUSES | | AP | | 1 | Box | | AS |
| 109 | 41 LOUIS VUITTON BAGS | | AP | | 1 | Box | | AS |
| 110 | 17 LOUIS VUITTON HANDBAGS | | AP | | 1 | Box | | AS |
| 111 | 8 GUCCI BAGS | | AP | | 1 | Box | | AS |
| 112 | 30 LOUIS VUITTON BAGS | | AP | | 1 | Box | | AS |
| 113 | 30 LOUIS VUITTON BAGS | | AP | | 1 | Box | | AS |
| 114 | 20 LOUIS VUITTON BAGS | | AP | | 1 | Box | | AS |
| 115 | 4 BURBERRY SHOES | | AP | | 1 | Box | | AS |
| 116 | 30 COACH/GUCCI WALLETS | | AP | | 1 | Box | | AS |
| 117 | 115 LOUIS VUITTON WALLETS | | AP | | 1 | Box | | AS |
| 118 | 21 LOUIS VUITTON WALLETS | | AP | | 1 | Box | | AS |
| 119 | 36 LOUIS VUITTON WALLETS | | AP | | 1 | Box | | AS |
| 120 | 11 COACH WALLETS | | AP | | 1 | Box | | AS |

| ITEM# | DESCRIPTION | WHERE FOUND | RECV. BY | PHOTO D/I | PACKAGING METHOD | MISCELLANEOUS COMMENTS | LOGGED BY |
|---|---|---|---|---|---|---|---|
| 121 | 35 LOUIS VUITTON WALLETS | | AP | | 1 Box | | AS |
| 122 | 53 LOUIS VUITTON HANDBAGS | | AP | | 1 Box | | AS |
| 123 | 12 LOUIS VUITTON BAGS | | AP | | 1 Box | | AS |
| 124 | 23 LOUIS VUITTON WALLETS | | AP | | 1 Box | | AS |
| 125 | 33 GUCCI PURSES | | AP | | 1 Box | | AS |
| 126 | 25 GUCCI BAGS | | AP | | 1 Box | | AS |
| 127 | 36 PAIRS LOUIS VUITTON SHOES | | AP | | 1 Box | | AS |
| 128 | 47 LOUIS VUITTON PURSES | | AP | | 1 Box | | AS |
| 129 | 31 LOUIS VUITTON PURSES | | AP | | 1 Box | | AS |
| 130 | 36 LOUIS VUITTON PURSES | | AP | | 1 Box | | AS |
| 131 | 17 LOUIS VUITTON BAGS | | AP | | 1 Box | | AS |
| 132 | 30 GUCCI BAGS | | AP | | 1 Box | | AS |
| 133 | 35 COACH PURSES | | AP | | 1 Box | | AS |
| 134 | LOUIS VUITTON PRODUCTS: 3 WALLETS, 2 VISORS, 1 HANDBAG, 1 PAIR GLASSES | | AP | | 1 Box | | AS |
| 135 | 3 GUCCI PURSES | | AP | | 1 Box | | AS |
| 136 | 50 LOUIS VUITTON BAGS | | AP | | 1 Box | | AS |
| 137 | 31 GUCCI PURSES | | AP | | 1 Box | | AS |
| 138 | 1 FENDI PURSE | | AP | | 1 Paper Bag | | AS |
| 139 | 1 CHANEL PURSE | | AP | | 1 Paper Bag | | AS |
| 140 | 3 COACH PURSES | | AP | | 1 Box | | AS |
| 141 | 1 PRADA WALLET, 1 PRADA WATCH | | AP | | 1 Paper Bag | | AS |

| ITEM# | DESCRIPTION | WHERE FOUND | RECV. BY | PHOTO | D/I | PACKAGING METHOD | MISCELLANEOUS COMMENTS | LOGGED BY |
|---|---|---|---|---|---|---|---|---|
| 142 | 1 BURBERRY PURSE | | AP | | 1 | Box | | AS |
| 143 | 1 DIOR PURSE | | AP | | 1 | Paper Bag | | AS |
| 144 | 1 PAIR LOUIS VUITTON SHOES, 12 LV WALLETS | | AP | | 1 | Box | | AS |

(END OF REPORT)